# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | Case No. CV-19-028-M-DLC |
| Plaintiff, | DEFAULT JUDGMENT |
| vs. | |
| LEWIS CROFT, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of State Farm and against Defendant Lewis Croft on State Farm's claim for declaratory relief as follows: State Farm has no duty to defend or indemnify Lewis Croft in the underlying case under the State Farm policy at issue.

Dated this 24th day of April, 2020.    TYLER P. GILMAN, CLERK

By: /s/ A.S. Goodwin
A.S. Goodwin, Deputy Clerk

